## 52562. GARRETT v. BOOTH.

BELL, Chief Judge.

The jury returned a verdict for plaintiff in this suit on an oral contract and a judgment was entered accordingly. The single enumeration of error concerns the correctness of the trial court's ruling in not admitting the testimony of defendant as to statements made by a third party concerning the oral contract. There was no error. In order to gain admission of these declarations, defendant had to

---

[1] In recognition of the author having committed the appellate juridical sin of deciding a case according to the heart rather than the mind.

show that the third party was plaintiff's agent at the time. *Colt Co. v. Wheeler,* 31 Ga. App. 427 (5) (120 SE 792). There was no evidence that the declarant was plaintiff's agent.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED SEPTEMBER 20, 1976 — DECIDED OCTOBER 25, 1976.

*Reinhardt, Whitley & Sims, Glen Whitley,* for appellant.

*Short & Fowler, Larkin M. Fowler, Jr., Crosby & Hege, David Roy Hege,* for appellee.